Petition for Writ of Mandamus Denied and Memorandum Opinion filed June
9, 2009








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed June 9, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00491-CV

____________

 

IN RE JANINE CHARBONEAU MCINNIS, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On May
28, 2009, relator, Janine Charboneau McInnis, filed a petition for writ of
mandamus in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also
Tex. R. App. P. 52.  In the petition, relator complains of discovery and
sanctions rulings by the Honorable Sylvia Matthews, presiding judge of the
281st District Court of Harris County.  Relator also filed a motion to stay the
proceedings in the trial court.  

Relator has not established her entitlement to the
extraordinary relief of a writ of mandamus.  Accordingly, we deny relator=s petition for writ of mandamus and related motion to
stay the proceedings in the trial court.

PER CURIAM

 

Panel consists of Justices Seymore,
Brown, and Sullivan.